

RECEIVED
MAY 21 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

FILED
MAY 21 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| JOHNNY SATURN, | § | CAUSE # 20CV442 |
| *Plaintiffs,* | § | DEMAND FOR JURY TRIAL |
| vs. | § | |
| AUSTIN BERGSTROM INTERNATIONAL | § | |
| AIRPORT | § | |
| *Defendants.* | § | |

## MOTION TO AMEND ORDER AND JUDGMENT

Plaintiff JOHNNY SATURN files this Motion to Amend Order and Judgment pursuant to FED.R. CIV. P. 52(b), 59(e) or, in the alternative, FED. R. CIV. P.60 and respectfully asks the Court to amend its Order and Judgment dismissing his claims against Defendants A.B.I.A. to re-open the case for the purpose of adjudicating his claim for damages resulting from damages accrued as a result of Defendant A.B.I.A. and its travelers and employees and contractors wrongful doing in support of this Motion, Plaintiff JOHNNY SATURN state the following:

### Facts

1- On May 18th, 2020, the Court issued it Order and Judgment, denying Plaintiffs' Saturn Default Judgment and interest to seek relief for damages accrued and granting the defendants' motions to dismiss on the ground of Plaintiff's Saturn complaint is being frivolous. In its Order, the Court did not recognize that the plaintiff Saturn was previously discriminately profiled as illegal immigrant while he was U.S. Citizen.

2- However, the Court did not address the issue of outstanding damages sought by Plaintiff Saturn. Plaintiff Saturn now seeks an order from the Court reopening his case awarding him

1

damages in the Requested amount.

## Argument

I. Standard of Review Under FED. R. CIV. P. 59(e), a party may file a motion to alter or amend a judgment no later than 10 days after entry of the judgment. Motions to amend or alter the judgment should be granted when there exists "a manifest error of law or fact, so as to enable the court to correct its own errors and thus avoid unnecessary appellate procedures." Meghani v. Shell Oil Co., 2000 U.S. Dis. LEXIS 17402 *2, (S.D. Tex. Aug. 24, 2000) (citing Divane v. Krull Elec. Co., Inc., 194F.3d 845, 848 (7th Cir. 1999) (internal citations omitted)); see also Kyle v. Texas, 2006 WL3691204 (W.D. Tex. Oct. 31, 2006) (granting a motion to reconsider under FED. R. CIV. P. 59(e) and reversing the court's previous denial of a motion to remand based on a manifest error of law)). A court has discretionary authority to amend its prior decision. See Weber v. Roadway Exp., Inc., 199 F.3d 270, 276 (5th Cir. 2000). Fed. R. Civ. P. 60(a) further provides that"[t]he court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice." Under Fed. R. Civ. P. 60(b), the Court may relieve a party from a final judgment or order if a mistake was made or any other reason that justifies relief.

II. The Court's Order and Judgment did not Address State Defendants' A.B.I.A. Failure to pay Plaintiff Saturn Damages for creating situations in every international airport and foreign country as defamatory public speech and slandering were witnessed by this City of Austin local police and every else international airport local police and every else foreign county local police and Airport Police officers in every International airport and in Montreal Quebec Canada where defamatory public speech slandering were made in crowded busy public tourist downtown. Plaintiff Saturn causes of action included a claim based on national origin discrimination under Title VI and a request for actual and compensatory damages against the defendant entities. See Second Am. Compl. at 18 (Dkt. No. 54). Title VI of the Civil Rights Act of 1964

2

prohibits discrimination in federally-assisted programs and permits a claim for compensatory damages.

See 42 U.S.C. § 2000d; see also Alexander v. Sandoval, 532 U.S. 275, 279 (2001) (holding that private individuals may sue under Title VI to obtain both injunctive relief and damages).

The U.S. Airports are considered federally assisted programs airports.

Article III of the U.S. Constitution prohibits courts from ruling on nonjusticiable controversies, including cases in which the controversy has become unsolved. See Flast v. Cohen, 392 U.S. 83, 95 (1968). However, a case involving a claim for damages that has yet to be determined is not moot. See Gulf Pub. Co. v. Lee, 679 F.2d 44, 46 n.2 (5th Cir. 1982) ("Claims for money damages ordinarily prelude a finding moot unless the parties have settled the case."); see also 13A Wright, Miller & Cooper, Federal Practice and Procedure § 3533.3 at 262 (2d ed. 1984) ("Damages should be denied on the merits, not on grounds of mootness."). Even in cases where one of the several issues presented becomes moot, the remaining live issues fulfill the constitutional requirement of a case or controversy. Powell v. McCormack, 395 U.S. 486, 497 (1969).

III. As discussed in Plaintiffs' Partial Motion for Summary Judgment suspect conspiracies from defendant A.B.I.A. with ex homeowners and ex classmates and ex Starbucks baristas and workers of National Instrument company among many else I.T. engineers, and lawyers.

The plaintiff Saturn has restated the two paragraphs which were considered delusional and incomprehensive by Magistrate Judge.

The Court need not reach the issue of mootness or unsolved issued with no access to appellate court nor with no access to Jury Trial until the damages claimed can be settled or resolved on the merits. Accordingly, Plaintiff Saturn requests that the Court amend its Order and Judgment dismissing Plaintiff Saturn claim as unsolved or dismissed with prejudice as frivolous and to reopen the case in order to adjudicate Plaintiff Saturn requested damages.

## Prayer

WHEREFORE, Plaintiff Johnny Saturn demand that this Motion be granted, and the Court amends its Order and Judgment in accordance with the above-requested relief.

DATED: May 19, 2020

Respectfully submitted,

Johnny Saturn

                                                  U.S. District Clerk

                                                  _____

                                                  The Honorable U.S. District Judge

                                                  _____

Exhibit # 1

# NOTICE TO CEASE AND DESIST

Johnny Saturn
4710 Gray Fox Dr.
Austin Tx. 78759 U.S.A.

Date April 14, 2020

**Via: Certified mail**

**Defamation of Character, Libel, Slandering, Stalking, Intrusion, Violation to people privacies, attacking while using biochemical weapon, committing terrorist act by using satellites sabotage and advanced wireless gps tracking systems, illegal Wi-Fi and utilizing bio-nuclear fogs hacking technologies.**

Dear

Spectrum

12012 N Mo Pac Expy, Austin, TX 78758 U.SA.

+1(844) 316-8554

Johnny Saturn is a respected professional, and he has spent his life building a positive reputation. Nevertheless, we have been informed that you have been maliciously spreading harmful defamatory public speech after you had intruded our ex leased residential house while slandering harmful public defamatory speech words that are damaging to the complainant personal and professional character.

It is unlawful for an individual to make criminal slandering, defamatory public speech, criminal stalking and intrusion which intend to harm the reputation, health and character of another party.

It has been defined in law school that stepping over the lawn area by placing one foot on the lawn from the sidewalk is intruding. Y'll employee Mohammad Raeid had showed up on the street driving y'll Time Warner van at noon of May 29, 2010. Y'll employee Mohammad Raeid had parked y'll company van on the road in parallel to a car which was park at the neighbor end of house border. He had stepped out of the van in the middle of the road, walked off to the kitchen window while intruding the front yard by many feet than he had walked back to his van. While he was walking back to his van, he had seen me walking to the corner of the house to find out what he was trying to accomplish by walking to the backyard fence border where the AC unit is at, under the kitchen window. Y'll employee Mohammad Raeid had slandered me what could mean:" Good it happened to you, or you deserve it." I had an intruder that early morning or overnight who had intruded my ex leased house and thrown poison on me while sleeping. The intruders had obtained my leased extra ex-home keys copies from the Ex-Home owners couple while utilizing wireless gps tracker and satellite sabotage.

Reporting that the complainant was Kristen Indiana stalker has never been true. Reporting the complainant had made Car bomb in his car while it was parked in his parent house garage, but the said ended up being rumors as slandered in the ABIA. by a short White skinny lady of black eyes and black hair on May 16, 2010 at 04:35 am. should not has existed. However, because it should had existed in Starbucks to serve the interest of Kristen Indiana barista public defamatory speech and libel, y'll Spectrum company by its employees and contractors should have committed libel, defamation, criminal slandering and conspiracy while such rumors were going on in the Airport. Y'll employee Mohammad Raad from Lebanon had showed up driving y'll company van during his time of employment working hours. Therefore, y'll company had directly committed offenses.

**If you do not cease all related criminal slandering, defamatory public speech, online libel, criminal gangs stalking, intrusions, hacking, violations to federal privacies laws, possibly being involved in utilizing bio-nuclear clouds, illicit WI-FI**

intrusion, hacking, satellite sabotage, wireless gps., Tracking, Stalking GPS.; Federal lawsuits will be brought against y'll.

In addition, this shall serve as pre-suit letter demanding that y'll provide us written assurance by May 14, 2020 that y 'll will cease and desist from making further defamatory public speech slandering and criminal gangs stalking.

If you do not comply with this cease and desist letter by the aforementioned date, a lawsuit may be filed in the appropriate Federal Court of proper jurisdiction seeking monetary damages as well as pursuing all available legal remedies for y'll criminal defamatory public speech slandering and criminal stalking.

Sincerely
Johnny Saturn

Exhibit # 2

# NOTICE TO CEASE AND DESIST

Johnny Saturn
4710 Gray Fox Dr.
Austin Tx. 78759 U.S.A.

Date: April 13, 2020

**Via: Certified mail**

**Defamation of Character, Libel, Slandering, Stalking, Intrusion, Violation to people privacies, attacking while using biochemical weapon, committing terrorist act by using satellites sabotage and advanced wireless gps tracking systems, illegal Wi-Fi and utilizing bio-nuclear cloud hacking technologies.**

Dear

Starbucks Arboretum Market

Located at 9722 Great Hills Trail Ste 380, Austin, TX 78759 U.S.A.

&&

Starbucks North America Head Quarter

Located at 2401 Utah Avenue South Seattle, WA 98134 U.S.A.

&&

Kristen Indiana Starbucks Arboretum Market Barista

At 9617 Great Hills Trail, Austin, TX 78759

&&

Amanda Massachusetts Starbucks Arboretum Market barista

At 3625 Duval Rd, Austin, TX 78759

&&

Starbucks Arboretum Market Manager

At 9722 Great Hills Trail Ste. #380, Austin, TX 78759.

&&

Starbucks Baristas guy of May-June, 2010

Located at 1301 St Catherine St E, Montreal, Quebec H2L 2H4, Canada

Johnny Saturn is a respected professional and has spent his life building a positive reputation. Nevertheless, we have been informed that you have been maliciously spreading harmful defamatory public speech that is damaging to the complainant personal and professional character.

It is unlawful for an individual to make criminal slandering defamatory public speech and criminal stalking which intend to harm the reputation and character of another party.

Reporting that the complainant was Kristen Indiana stalker has never been true. Reporting the complainant had made Car bomb in his car while it was parked in his parent house garage, but the said ended up being rumors as slandered in the ABIA. by a short White skinny lady of black eyes and black hair on May 16, 2010 at 04:35 am. should not has existed in Starbucks to serve the interest of y'll barista public defamatory speech and libel.

Running fallacious public speech against complainant in Starbucks stores in America and in Montreal Quebec Canada should not have been y'll Starbucks Barista business. Running fallacious rumors against complainant in Austin Community College, HEB store located off the intersection of Braker Ln. & N. Research Blvd., Barnes and Nobles Stores, COSTCO, RANDALLS, RANDALLAS STARBUCKS, Austin Yellow

Cab, Austin Cab, Lone Star Cab, City of Austin, Churches, Mosques and near ex. FBI office off Jolly Ville Rd. should not have happened.

Y'll barista used to pretend being stalked while y'll Barista Kristen Indiana used to stalk complainant while she used to be driving her Grand-Mother light blue 2002 Mercury Sable when complainant used to run on Jollyville Rd.. Y'll barista used to run roomers in the neighborhood and at nearby neighbors where complainant has lived. Y'll baristas were conspiring with ex homeowners, ex used car lot dealer partnership business workers, lawyer, and with complainants most ex employers. Y'll barista used to conspire on complainant at Seton Brackenridge Hospital off 15th. ST. Austin Tx. 78701, and at U.T. Austin. Y'll Starbucks Arboretum store manager used to slander" Terro, terro, terro terrorist,; just let me know how may I help you while she used to run toward the complainant to serve him." Y'll barista Kristen Indiana used to conspire on complainant with a skinny tall muscle guy who had shocked the complainant up at Exxon ex Tiger Market off Braker Ln. and N. Research Blvd. Austin Tx. 78759, on 2007 at 3:30 am..

Y'll barista had either intruded my ex-leased house, or hired someone to intrude it prior to May 29, 2010 am. seeking to steal police report against the skinny tall guy, and unfiled prepared lawsuit documents against Ray Mondo Lopez and his partners Michael Robert Long and Uwe I. Wendel for; Adam Ahmad, Ala Awsah, Ala Awshah brothers, Mohammad from Bethlehem Israel or Palestine, Awshah parents, Ziad Ahmad, Ahmad Ahmad of AM Petroleum Inc., Safa Trading Establishments Inc. and their Jordanian, Palestinian, North African employees and their gangs. Y'll barista used to conspire with at least two ABIA. workers.

Y'll barista Amanda from Massachusetts seemed to have been conspired with Mondo Lopez, Justin & Brianna McKinney and their tenants, roommates and visitors. Y'll barista Kristen Indiana used to run fallacious rumors, and she used to conspire with tenants, roommates and visitors of 4504 Balconies Wood Dr. Austin Tx. 78759 where there is online nursing school dormitory place.

Y'll barista used to profile complainant illegal immigrant while he has been American Citizen. Y'll barista Kristen Indiana used to slander 2006, 2007 and beyond that' She needs to teach American ladies how not to like the complainant. Christy or Kristen Indiana used to slander that" She doesn't have friends in Austin Tx., all her high school friends were in Indiana." Most Starbucks Arboretum Market ladies' clients were against her. Kristen Indiana should have been conspiring with Jeorje Faddoul who has partner owner at Gas Fam Texaco, Jeorje Awad at Lee County Petroleum and Jeorje Saleimeih with Anue Systems Inc. while pretending

that" She needs people to understand her lying episodes." She had Slandered once in Starbucks Arboretum Market about Feb. 2010, that" She had run out of financial aid money and she needs someone to help her." Y'll Starbucks district manager were too much into assuming that" Complaint against Kristen Indiana was solved, and that there were not need for them to fire her, nor to fire her manager as she refused to fire Kristen Indiana when I had asked her on September, 2009."

Y'll barista Kristen Indiana was slandering once in Starbucks Arboretum Market that "She needs to teach American ladies in the region how to not like the complainant because she thinks that she is from Indiana which had meant in her world from here while the complainant was always meant in her world one who isn from here."   Were I buying coffee, or were y"ll selling my reputation and my life in such coffee shop thru y'll Kristen Indiana barista?"

Y'll barista in Starbucks Montreal Quebec Canada at St. Catherine St. was just serving the criminal interest of Kristen Indiana. Y'll Kristen Indiana barista used to slander in April, 2010:"He is stalker out loud then she was found intruding my leased home backyard on or about Wednesday-Thursday mid-April, 2010. Y'll barita had kept slandering he's suicide until I was poisoned by intruders sent by y'll baristas while my doctors at ARC Fare West Blvd. were told that"I may be suicide." Y'll Barista had hacked my privacies and my populations privacies. She had done any slandering and libel possible to put people off me.

<u>Y'll barista Kristen Indiana has been conspiring on America for Syria while Syria has been boycuted by America for too long since 2003 during the invasion to Iraq & than during Bombing of Lebanon Ex. Prime Minister Billionaire Rafik Harriri on 14 February 2005 in Beyrout, Lebanon.</u>

**If you do not cease all related criminal slandering, defamatory public speech, online libel, criminal gangs stalking, intrusions, hacking, violations to federal privacies laws, utilizing bio-nuclear clouds, illicit WI-FI intrusion, hacking, satellite sabotage, wireless gps. Tracking, Stalking GPS.; Federal lawsuits will be brought against y'll.**

In addition, this shall serve as pre-suit letter demanding that y'll provide us written assurance **by May 13, 2020** that y'llwill cease and desist from making further anti origin defamatory public speech slandering and criminal gangs stalking.

If you do not comply with this cease and desist letter by the aforementioned date, a lawsuit may be filed in the appropriate Federal Court of proper jurisdiction seeking monetary damages as well as pursuing all available legal remedies for y'll criminal defamatory public speech slandering, criminal stalking, criminal intrusion , hiring private stalkers, hiring wireless gps. stalkers, hiring technolgist to attack while seeking biochemical poisoning and hacking my privacies.

Sincerely

Johnny Saturn

Civil Action No. 1:20-cv-00442-LY-SH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Defendant A.B.I.A. was served by Certified U.S.P.S.

My fees are $ ____8.00____ for travel and $ _____ for services, for a total of $ ____8.00____ .

I declare under penalty of perjury that this information is true.

Date: 04/26/2020

*Johnny Saturn*
Server's signature

JOHNNY SATURN
Printed name and title

4710 Gray Fox Dr. Austin Tx. 78759
Server's address

Additional information regarding attempted service, etc:
A copy of filed lawsuit has been sent by certified U.S.P.S. to the defendant Austin Begstrom International Airport on 04/26/2020. A return signature receipt is supposed to be returned by mail when the defendant A.B.I.A. would receive the lawsuit copy by certified U.S.P.S. mail.

Dear

U.S. District Court Clerk

Please find attached:

1- Amended Complaint.
2- Amended Default Judgment.
3- Exhibit # 1.
4- Exhibit # 2.
5- Request to Amend Judgment.

Thanks

Johnny Saturn




U.S. POSTAGE
PME 1-Day
$34.60
78734 0007

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL

# UNITED STATES POSTAL SERVICE.

## PRIORITY MAIL EXPRESS



PRIORITY MAIL EXPRESS

EE 436 459 412 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE 512 560-1100

Johnny Saturn
4710 Gray Fox Dr.
Austin, TX. 78759

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)   PHONE ( )

U.S. District Court Clerk's office
501 W. 5th St. Ste #1100
Austin, TX.
ZIP+4 (U.S. ADDRESSES ONLY)
7 8 7 0 1 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

➤ **PEEL FROM THIS CORNER**



To schedule free Package Pickup, scan the QR code.



PS10001000006

EP13F Oct 2018
OD: 12 1/2 x 9 1/2




* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
+ Money Back Guarantee for U.S. destinations only.   * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.